UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-01086-SVW-E | Date | March 30, 2023 |
|---|---|---|---|
| Title | Willie Weaver v. California State Prison Lancaster First Watch et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

On February 14, 2023, the Court issued a letter advising pro se plaintiff that he did not submit the appropriate filing fee or file a Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P).

Plaintiff was given thirty days, to and including March 16, 2023, pay the filing fee or file the Request.

To date, plaintiff has failed to comply.  The case is dismissed.

IT IS SO ORDERED.

:

Initials of Preparer     PMC